CO-386-online
10/03

# United States District Court
# For the District of Columbia

Missouri Parks Association, )
)
)
)
              Plaintiff )   Civil Action No. 1:07-cv-02233-RMC
vs )
Federal Energy Regulatory Commission, and )
Union Electric Company, d/b/a AmerenUE )
)
              Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff Missouri Parks Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Missouri Parks Association__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

MO0001
BAR IDENTIFICATION NO.

Kathleen G. Henry
Print Name

705 Olive Street, Suite 614
Address

Saint Louis, MO 63101
City    State    Zip Code

(314) 231-4181
Phone Number