IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION<br>a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION, and<br><br>UNION ELECTRIC COMPANY, d/b/a AMERENUE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:07-cv-02233-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION OF BRUCE A. MORRISON
FOR ADMISSION PRO HAC VICE

Bruce A. Morrison respectfully moves to appear in this matter pro hac vice. His supporting declaration is attached.

*Kathleen G. Henry* (signature)
Kathleen G. Henry (No. MO0001)
Great Rivers Environmental Law Center
705 Olive Street, Suite 614
St. Louis, MO 63101-2208
Phone: (314) 231-4181
Fax: (314) 231-4184

*Bruce A. Morrison* (signature)
Bruce A. Morrison
Great Rivers Environmental Law Center
705 Olive Street, Suite 614
St. Louis, MO 63101-2208
Phone: (314) 231-4181
Fax: (314) 231-4184

## DECLARATION OF BRUCE A. MORRISON
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Bruce A. Morrison, affirm and state:

1. My full name is Bruce Alan Morrison.

2. My office address and phone number are:

    Great Rivers Environmental Law Center
    705 Olive Street, Suite 614
    St. Louis, Missouri 63101
    Phone: (314) 231-4181

3. The bars to which I have been admitted are:

    Missouri Bar, admitted 1988, Missouri Bar Number 38359
    Illinois Bar, admitted 2003, Illinois Registration Number 6279301

    United States Courts of Appeals Admissions:

    Eighth Circuit, 1988
    Seventh Circuit, 2004
    Fifth Circuit, 2005

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2007.

_____
Bruce A. Morrison