IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 1:07-cv-02233-RMC<br>FEDERAL ENERGY REGULATORY )<br>COMMISSION, et al., )<br>)<br>Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of the motion of defendant Union Electric Company to dismiss this action for lack of subject matter jurisdiction, its statement of points and authorities in support of the motion, and the statement of points and authorities of Missouri Parks Association in opposition to the motion, it is hereby ordered that the motion is denied.

Dated: _____

_____
United States District Judge Rosemary M. Collyer

Certificate of Service

    I hereby certify that on February 8, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

charles.zdebski@troutmansanders.com


                                      /s/ Bruce A. Morrison