IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-02233-RMC |
| FEDERAL ENERGY REGULATORY COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ERRATA

On February 8, 2008, the attached proposed order was erroneously filed as a memorandum in opposition. This Notice is to correct that filing.

/s/ Bruce A. Morrison
Kathleen G. Henry (No. MO0001)
Bruce A. Morrison
Great Rivers Environmental Law Center
705 Olive Street, Suite 614
St. Louis, MO 63101-2208
Phone: (314) 231-4181
Fax: (314) 231-4184
Attorneys for plaintiff

Certificate of Service

I hereby certify that on February 14, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

charles.zdebski@troutmansanders.com
laura.kalanevich@troutmansanders.com

/s/ Bruce A. Morrison

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MISSOURI PARKS ASSOCIATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:07-cv-02233-RMC |
| FEDERAL ENERGY REGULATORY COMMISSION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of the motion of defendant Union Electric Company to dismiss this action for lack of subject matter jurisdiction, its statement of points and authorities in support of the motion, and the statement of points and authorities of Missouri Parks Association in opposition to the motion, it is hereby ordered that the motion is denied.

Dated: _____

_____
United States District Judge Rosemary M. Collyer

<u>Certificate of Service</u>

     I hereby certify that on February 14, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

charles.zdebski@troutmansanders.com

<u>/s/ Bruce A. Morrison</u>