IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-02233- RMC |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO MOTION OF FEDERAL ENERGY
REGULATORY COMMISSION TO DISMISS COMPLAINT

Defendant Federal Regulatory Energy Commission (FERC), in its memorandum of points and authorities, concurs (p. 3) with the arguments submitted by Union Electric in support of its motion.  In plaintiff's opposition to Union Electric's motion to dismiss, plaintiff briefs the issue of whether FERC's Environmental Assessment (EA) and Finding of No Significant Impact (FONSI) are final agency actions which trigger a claim under NEPA but fall outside the judicial review provision of § 313(b) of the Federal Power Act.  Plaintiff respectfully refers the Court to plaintiff's statement of points and authorities in opposition to Union Electric Company's motion to dismiss.

Further, because there exists the issue of whether this Court or the Court of Appeals has jurisdiction to review the adequacy of FERC's EA and FONSI, plaintiff has moved for transfer of this action to the United States Court of Appeals for the Eighth Circuit.  As explained in that motion to transfer, Missouri Parks Association seeks only one opportunity for judicial review of the adequacy of FERC's EA and FONSI.

Accordingly, for the reasons set out in plaintiff's statement of points and

authorities in opposition to Union Electric Company's motion to dismiss, together with the statement of points and authorities in support of plaintiff's motion for transfer, FERC's motion to dismiss should be denied.

        /s/ Bruce A. Morrison
        Kathleen G. Henry (No. MO0001)
        Bruce A. Morrison
        Great Rivers Environmental Law Center
        705 Olive Street, Suite 614
        St. Louis, MO  63101-2208
        Phone:  (314) 231-4181
        Fax:  (314) 231-4184

        Attorneys for plaintiff

Certificate of Service

I hereby certify that on March 21, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

keith.morgan@usdoj.gov
charles.zdebski@troutmansanders.com


        /s/ Bruce A. Morrison

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-02233-RMC |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of the motion of defendant Federal Energy Regulatory Commission to dismiss this action for lack of subject matter jurisdiction, its memorandum of points and authorities in support of the motion, and the memorandum of points and authorities of Missouri Parks Association in opposition to the motion, it is hereby ordered that the motion is denied.

Dated: _____

_____
United States District Judge Rosemary M. Collyer

## Certificate of Service

      I hereby certify that on March 21, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

keith.morgan@usdoj.gov
charles.zdebski@troutmansanders.com


                              /s/ Bruce A. Morrison