IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-02233- RMC |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION FOR TRANSFER OR, IN THE ALTERNATIVE,
FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, for its motion for transfer or, in the alternative, for dismissal without prejudice, states:

1. On December 11, 2007, plaintiff brought this action to challenge the Federal Energy Regulatory Commission's (FERC's) issuance of a defective Environmental Assessment (EA) and a Finding of No Significant Impact (FONSI) concerning the construction of the Taum Sauk upper reservoir.

2. On February 15, 2008, Missouri Coalition of the Environment, together with Missouri Parks Association (plaintiff here), filed a petition for review in the United States Court of Appeals for the Eighth Circuit, no. 08-1390. The Eighth Circuit petition seeks review of two FERC orders concerning the construction of the Taum Sauk upper reservoir, as well as review of the EA and FONSI at issue in this case. A copy of the petition is attached to Union Electric Company's response to FERC's motion to dismiss filed in this case.

3. Missouri Parks Association, in its opposition to Union Electric Company's motion to dismiss this action, briefed for this Court the issue of whether FERC's EA

and FONSI are final agency actions which trigger a claim under NEPA, but fall outside the judicial review provision of § 313(b) of the Federal Power Act.

4.  Missouri Parks Association seeks only one opportunity for judicial review of the adequacy of FERC's EA and FONSI.  Accordingly, in the interest of justice, pursuant to 28 U.S.C. § 1631 or 28 U.S.C. § 1404(a), plaintiff respectfully requests that this Court transfer this action to the United States Court of Appeals for the Eighth Circuit so that the Eighth Circuit may determine whether to consolidate this action with the action already pending there.

5.  In the alternative, if this Court determines that transfer is inappropriate, plaintiff requests that the Court voluntarily dismiss this action without prejudice to the proceeding pending before the Eighth Circuit.

Wherefore, plaintiff respectfully moves this Court for an order transferring this action to the  United States Court of Appeals for the Eighth Circuit or, in the alternative, if this Court determines that transfer is inappropriate, for an order dismissing this action without prejudice.

/s/ Bruce A. Morrison
Kathleen G. Henry (No. MO0001)
Bruce A. Morrison
Great Rivers Environmental Law Center
705 Olive Street, Suite 614
St. Louis, MO  63101-2208
Phone:  (314) 231-4181
Fax:  (314) 231-4184

Attorneys for plaintiff

<u>Certificate of Service</u>

I hereby certify that on March 28, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

keith.morgan@usdoj.gov
charles.zdebski@troutmansanders.com


<u>/s/ Bruce A. Morrison</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI PARKS ASSOCIATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:07-cv-02233- RMC |
| FEDERAL ENERGY REGULATORY | ) |
| COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S
MOTION FOR TRANSFER OR, IN THE ALTERNATIVE,
FOR DISMISSAL WITHOUT PREJUDICE

## Introduction

All of the parties (including plaintiff) now agree that the United States Court of
Appeals for the Eighth Circuit is the appropriate forum to decide the issues before this
Court. Plaintiff seeks transfer of this action to the Eighth Circuit. Defendants move
for dismissal.

## Factual Background

On December 11, 2007, plaintiff brought this action to challenge the Federal
Energy Regulatory Commission's (FERC's) issuance of a defective Environmental
Assessment (EA) and a Finding of No Significant Impact (FONSI) concerning the
construction of the Taum Sauk upper reservoir.

On February 15, 2008, Missouri Coalition for the Environment, together with
Missouri Parks Association (plaintiff here), filed a petition for review in the United
States Court of Appeals for the Eighth Circuit, no. 08-1390. The Eighth Circuit
petition seeks review of two FERC orders concerning the construction of the Taum
Sauk upper reservoir, as well as review of the EA and FONSI at issue in this case.

Missouri Parks Association, in opposition to Union Electric Company's motion to dismiss this action, briefed the issue of whether FERC's EA and FONSI are final agency actions which trigger a claim under NEPA, but fall outside the judicial review provision of § 313(b) of the Federal Power Act. If the EA and FONSI are outside the judicial review provisions of § 313(b), then this Court has jurisdiction. If the EA and FONSI fall within the provisions of § 313(b), then jurisdiction is in the Court of Appeals. In light of the jurisdictional question (please see plaintiff's opposition to Union Electric's motion to dismiss), plaintiff seeks transfer of this action to the Eighth Circuit.

## Argument

If this Court lacks subject matter jurisdiction[1], this Court may transfer the case to an Appellate Court:

> Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed . . .

28 U.S.C.A. § 1631.

Plaintiff, together with another party, has petitioned the Eighth Circuit for review of two FERC orders concerning the construction of the Taum Sauk upper reservoir, as well as review of the EA and FONSI at issue in this case. It is not plaintiff's intention to have two separate opportunities for judicial review of the adequacy of FERC's EA and FONSI. Accordingly, in the interest of justice, it would

---

[1] If this Court determines that it, along with the Court of Appeals, has jurisdiction over the claims raised here, plaintiff respectfully requests that this Court transfer this action to the Eighth Circuit pursuant to 28 U.S.C. § 1404(a).

be appropriate for this Court to transfer this action to the United States Court of Appeals for the Eighth Circuit. Upon transfer, the Eighth Circuit would be in a position to determine whether to consolidate this action with the action already pending there.[2]

Respectfully submitted,

/s/ Bruce A. Morrison
Kathleen G. Henry (No. MO0001)
Bruce A. Morrison
Great Rivers Environmental Law Center
705 Olive Street, Suite 614
St. Louis, MO 63101-2208
Phone: (314) 231-4181
Fax: (314) 231-4184

Attorneys for plaintiff

Certificate of Service

I hereby certify that on March 28, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

keith.morgan@usdoj.gov
charles.zdebski@troutmansanders.com

/s/ Bruce A. Morrison

---

[2] If this Court determines that transfer to the Eighth Circuit is inappropriate, plaintiff requests that the Court voluntarily dismiss this action without prejudice to the action now pending before the Eighth Circuit.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MISSOURI PARKS ASSOCIATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:07-cv-02233-RMC |
| FEDERAL ENERGY REGULATORY | ) | |
| COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

Upon consideration of plaintiff's motion to transfer this action to the United

States Court of Appeals for the Eighth Circuit, its statement of points and authorities

in support of the motion, and the statements of points and authorities in opposition to

the motion, it is hereby ordered that the motion is sustained.  The Clerk is directed to

transmit a copy of the court file to the Clerk for the United States Court of Appeals

for the Eighth Circuit.

Dated: _____

_____
United States District Judge Rosemary M. Collyer

<u>Certificate of Service</u>

       I hereby certify that on March 28, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

keith.morgan@usdoj.gov
charles.zdebski@troutmansanders.com

<u>/s/ Bruce A. Morrison</u>